Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

failure to prosecute in accordance with the rules.

**Todd J. VERDONE, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 04–5089.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2004.

Todd J. Verdone, Greenville, IL, pro se.

Steven M. Mager, Principal Attorney, David M. Cohen, Franklin E. White, Jr., of Counsel, Washington, DC, for Defendant–Appellee.

**Todd J. VERDONE, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 04–5091.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2004.

Todd J. Verdone, of Counsel, Greenville, IL, for Plaintiff–Appellant.

Steven M. Mager, Principal Attorney, David M. Cohen, Franklin E. White, Jr., of Counsel, Washington, DC, for Defendant–Appellee.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.